373 A.2d 1138

Commonwealth v. Spencer, Appellant.

Submitted February 17, 1976.

David Katz, Public Defender, for appellant; Linda Wallach Miller, Assistant District Attorney, and James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.